SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>Defendants. | Case No. C 07 2950 HRL<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY); CERTIFICATION OF INTERESTED PERSONS PURSUANT TO LOCAL RULE 3-16 |

TO THE JUDGES AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1441(a), 1446, and 1332, Defendants CorMatrix Cardiovascular, Inc., Robert G. Matheny, David B. Camp, and Beecher Lewis (collectively, "Defendants"), hereby remove the above-captioned action from the Superior Court of the State of California, County of Santa Clara, to the United States District Court for the Northern District of California, San Francisco Division.

1. On or about May 4, 2007, Plaintiff Duke Advantage, LLC, ("Plaintiff") filed a Complaint for Breach of Fiduciary Duty, Fraudulent Inducement, Breach of Contract,

- 1 -

1 Accounting, and Inspection against Defendants in the Superior Court of the State of California, County of Santa Clara, Case No. 107 CV085326 ("Complaint"), entitled *Duke Advantage, LLC, v. CorMatrix Cardiovascular, Inc., et al.* (the "State Court Action"). A copy of the Summons and Complaint as well as all other pleadings received by Defendants are attached hereto as Exhibit A.

2. The first date upon which Defendants received a copy of the such Summons and Complaint was May 10, 2007. This Notice of Removal is thus filed within thirty days of the first date of receipt of a copy of the Summons and Complaint by any Defendant and is timely pursuant to 28 U.S.C. § 1446(b).

3. This Court has original jurisdiction over Plaintiffs' Complaint pursuant to 28 U.S.C. § 1332, because this civil action involves citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs, because, among other things, the State Court Action asserts claims which concern and relate to the ownership of and proprietary title to intellectual property, patents and trade secrets whose inherent economic value exceeds millions of dollars. Plaintiffs' claim may be removed by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a).

4. Defendants are informed and believe that Plaintiff is a limited liability company that is registered under the laws of the State of Delaware. Please see Paragraph 5 of the Complaint.

5. Defendants may properly remove the State Court Action to this Court because diversity of citizenship exists between Plaintiffs and Defendants and the matter in controversy between them is in excess of $75,000. Accordingly, this Court has original jurisdiction over this action, pursuant to 28 U.S.C. § 1332.

6. Venue lies in the United States District Court for the Northern District of California, San Francisco Division, pursuant to 28 U.S.C. § 1441(a) because the State Court Action was filed and is pending in this district.

7. Defendants will give notice today of the filing of this Notice of Removal to Plaintiffs and to the Clerk of the Superior Court of the State of California in and for the County of Santa Clara. The Notice of Removal is concurrently being served on all parties.

1  WHEREFORE, Defendants pray that the State Court Action be removed from the
2  Superior Court of the State of California in and for the County of Santa Clara to this Court.

3  DATED:    June 6, 2007           SHARTSIS FRIESE LLP

   By: *R.E. Schab* (signature)
   ROBERT E. SCHABERG

   Attorneys for Defendants
   CORMATRIX CARDIOVASCULAR, INC.,
   ROBERT G. MATHENY, DAVID B. CAMP,
   AND BEECHER LEWIS

(Left margin: SHARTSIS FRIESE LLP / ONE MARITIME PLAZA / EIGHTEENTH FLOOR / SAN FRANCISCO, CA 94111)

- 3 -

Case No.    NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(B) (DIVERSITY);
            CERTIFICATION OF INTERESTED PERSONS PURSUANT TO LOCAL RULE 3-16

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

### (PURSUANT TO LOCAL RULE 3-16)

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for CorMatrix Cardiovascular, Inc., Robert G. Matheny, David B. Camp, and Beecher Lewis, on information and belief, certifies that there are no additional persons, associations or persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED:       June 6, 2007

SHARTSIS FRIESE LLP

By: /s/ R. E. Schaberg
ROBERT E. SCHABERG

Attorneys for Defendants
CORMATRIX CARDIOVASCULAR, INC.,
ROBERT G. MATHENY, DAVID B. CAMP,
AND BEECHER LEWIS

7469\002\NBIGLEY\1435741.1