SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company, | Case No. C 07 2950 HRL |
| Plaintiff, | Santa Clara Superior Court Case No. 107 CV085326 |
| v. | **CERTIFICATE OF SERVICE** |
| CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual, | |
| Defendants. | |

Case No.                    CERTIFICATE OF SERVICE

## PROOF OF SERVICE

I, NICOLE A. BIGLEY, declare:

I am a citizen of the United States and employed in the City and County of San Francisco, California by Shartsis Friese LLP at One Maritime Plaza, Eighteenth Floor, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled action.

On June 6, 2007, at Shartsis Friese LLP located at the above-referenced address, I served on the interested parties in said cause a copy of the within document(s):

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(b) (DIVERSITY); CERTIFICATION OF INTERESTED PERSONS PURSUANT TO LOCAL RULE 3-16**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid in accordance with the firm's practice, of which I am familiar, of collection and processing correspondence for mailing on the same day to the person(s) at the address(es) set forth below:

[ ] by consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

[ ] by personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

[ ] by facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine main telephone number (415) 421-2922, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below: ([ ] by agreement / [ ] not by agreement)

[ ] by electronically delivering the document(s) listed above pursuant to federal and local rules of the court on this date from electronic address sflaw.com, and which transmission was reported as complete and without error, to electronic mail address(es) set forth below:

- 1 -

Case No. | CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | I. Neel Chatterjee, Esq. | Attorneys for Plaintiffs |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 3 | 1000 Marsh Road | |
|   | Menlo Park, CA 94025 | |
| 4 | Telephone:  (650) 614-7400 | |
|   | Facsimile:  (650) 614-7401 | |
| 5 | | |
| 6 | Christian N. Brown, Esq. | |
|   | ORRICK, HERRINGTON & SUTCLIFFE LLP | |
| 7 | 405 Howard Street | |
| 8 | San Francisco, CA 94105 | |
|   | Telephone:  (415) 773-5700 | |
| 9 | Facsimile:  (415) 773-5759 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2007, in San Francisco, California.

_____
NICOLE A. BIGLEY

7469\002\NBIGLEY\1439910.1