SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>Defendants. | Case No. C072950 HRL<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>**DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT COURT JUDGE**<br><br>Notice of Removal Filed: June 6, 2007<br>Judge: Magistrate Judge Howard R. Lloyd |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2  The undersigned party hereby declines to consent to the assignment of this case to a
United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
this case to a United States District Judge.

DATED:       June 11, 2007                SHARTSIS FRIESE LLP


By: */s/ Simone M. Katz*
         SIMONE M. KATZ

Attorneys for Defendants
CORMATRIX CARDIOVASCULAR, INC.,
ROBERT G. MATHENY, DAVID B. CAMP,
AND BEECHER LEWIS

7469\002\NBIGLEY\1440505.1

- 1 -

| Case No. Case No. C072950 HRL | DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT COURT JUDGE |

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111