UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Duke Advantage, LLC, | No. C07-02950 |
| Plaintiff, | |
| v. | |
| Cormatrix Cardiovascular, Inc., a corporation, et.al, | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for September 11, 2007 before the Honorable Judge Howard R. Lloyd has been continued to **September 14, 2007** at 10:30 a.m. before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to submit a Joint Case Management Statement on September 7, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Dated: June 11, 2007               RICHARD W. WIEKING,
                                   Clerk of Court


                                   /s/*Patty Cromwell*
                                   Patty Cromwell
                                   Courtroom Deputy for
                                   Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Christian N Brown     cbrown@orrick.com, chrisbrown42@hotmail.com

I. Neel Chatterjee    nchatterjee@orrick.com, kmudurian@orrick.com

Simone Marie Katz     skatz@sflaw.com, calendar@sflaw.com, nbigley@sflaw.com

James Neil Kramer     jkramer@orrick.com

Robert E. Schaberg    rschaberg@sflaw.com, calendar@sfglaw.com, nbigley@sflaw.com

United States District Court
For the Northern District of California

2