**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**June 12, 2007**

**CASE NUMBER: CV 07-02950 HRL**
**CASE TITLE: DUKE ADVANTAGE-v-CORMATRIX CARDIOVASCULAR INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Case Assigned to the Honorable Ronald M. Whyte** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RMW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 6/12/07

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 6/12/07

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                   Transferor CSA