SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>Defendants. | Case No. C072950 RMW<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>**DECLARATION OF JOHN THOMAS IN SUPPORT OF MOTION TO DISMISS**<br><br>**Date:     August 3, 2007**<br>**Time:     9:00 a.m.**<br>**Courtroom: 6**<br>**Judge:    Hon. Ronald M. Whyte** |

I, JOHN THOMAS, declare:

1. I am the Chief Financial Officer of CorMatrix Cardiovascular, Inc. ("CorMatrix"), a defendant in this action, and was Chief Financial Officer of CorMatrix on or about February 9, 2004. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2. I make this declaration in support of Defendants' Motion to Dismiss, filed concurrently herewith.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Subscription Agreement made by and between Duke Advantage, LLC, on the one hand, and CorMatrix, on the

- 1 -

| Case No. Case No.<br>C072950 RMW | DECLARATION OF JOHN THOMAS IN SUPPORT OF MOTION<br>TO DISMISS |

other hand, entered into on or about February 9, 2004. I executed this Subscription Agreement on behalf of CorMatrix and that is my signature on page 10 of the Subscription Agreement. **Exhibit A** includes a true and correct copy of the Shareholder's Agreement by and between CorMatrix, on the one hand, and Purdue Research Foundation, Inc., on the other hand, entered into on or about November 16, 2001. Exhibit A also includes a true and correct copy of a fax coversheet wherein I faxed, among other things, the above-referenced Subscription Agreement to Mr. Robert LaDuca. That fax transmission occurred on or about February 9, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 12, 2007, at Marietta, Georgia.

*/s/ John Thomas*
JOHN THOMAS

7469\002\NBIGLEY\1440421.1

- 2 -

Case No. Case No. C072950 RMW     DECLARATION OF JOHN THOMAS IN SUPPORT OF MOTION TO DISMISS