1  other hand, entered into on or about February 9, 2004. I executed this Subscription Agreement on
2  behalf of CorMatrix and that is my signature on page 10 of the Subscription Agreement. Exhibit
3  A includes a true and correct copy of the Shareholder's Agreement by and between CorMatrix, on
4  the one hand, and Purdue Research Foundation, Inc., on the other hand, entered into on or about
5  November 16, 2001. Exhibit A also includes a true and correct copy of a fax coversheet wherein
6  I faxed, among other things, the above-referenced Subscription Agreement to Mr. Robert
7  LaDuca. That fax transmission occurred on or about February 9, 2004.

8      I declare under penalty of perjury under the laws of the State of California that the
9  foregoing is true and correct. Executed on June _12_, 2007, at _MARIETTA_, Georgia.

_____
JOHN THOMAS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -

Case No. Case No. C072950 RMW    DECLARATION OF JOHN THOMAS IN SUPPORT OF MOTION TO DISMISS
7469\002\NBIGLEY\1440421.1