SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>Defendants. | Case No. C072950 RMW<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>**DECLARATION OF DAVID B. CAMP IN SUPPORT OF MOTION TO DISMISS**<br><br>**Date:** **August 3, 2007**<br>**Time:** **9:00 a.m.**<br>**Courtroom:** **6**<br>**Judge:** **Hon. Ronald M. Whyte** |

I, DAVID B. CAMP, declare:

1. I am the Chief Executive Officer, and a member of the board of directors of CorMatrix Cardiovascular, Inc. ("CorMatrix"), a defendant in this action, and a resident of the State of Georgia. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify thereto under oath.

2. I make this declaration in support of Defendants' Motion to Dismiss, filed concurrently herewith.

3. CorMatrix is a Georgia corporation that maintains its principle place of business at 200 N. Cobb Parkway, Marietta, Cobb County, Georgia 30062. CorMatrix is a tissue engineering

1  and medical device company that is engaged in the business of researching, developing, manufacturing and marketing naturally-occurring extracellular matrix ("ECM") products for cardiovascular applications.

4. Robert G. Matheny is the Chief Scientific Officer of CorMatrix, and a member of CorMatrix's board of directors, and is a resident of the State of Georgia.

5. Beecher Lewis is the President and Chief Operating Officer of CorMatrix, and a member of CorMatrix's board of directors, and is a resident of the State of Florida.

6. Robert LaDuca was elected to CorMatrix's board of directors and made an officer of CorMatrix, holding the title of Vice President of Operations.

7. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by CorMatrix on March 14, 2007 against Robert LaDuca and Duke Vascular, Inc., in the matter entitled, <u>CorMatrix Cardiovascular, Inc. v. LaDuca and Duke Vascular, Inc.</u>, (case no. 2007 CV130971) in the Superior Court of Fulton County, State of Georgia.

8. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed by Duke Empirical, Inc., Duke Fiduciary, Inc., and Robert Glines against CorMatrix, Robert G. Matheny, David B. Camp, and Beecher Lewis on April 19, 2007, in the matter entitled, <u>Duke Empirical, Inc., Duke Fiduciary, Inc., Glines v. CorMatrix Cardiovascular, Inc., Matheny, Camp, and Lewis</u>, (case no. 107 CV084231) in the Superior Court of the State of California, County of Santa Clara.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 12, 2007, at Alpharetta, Georgia.

*/s/ David B. Camp*
DAVID B. CAMP

7469\002\NBIGLEY\1440504.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111