and medical device company that is engaged in the business of researching, developing, manufacturing and marketing naturally-occurring extracellular matrix ("ECM") products for cardiovascular applications.

4. Robert G. Matheny is the Chief Scientific Officer of CorMatrix, and a member of CorMatrix's board of directors, and is a resident of the State of Georgia.

5. Beecher Lewis is the President and Chief Operating Officer of CorMatrix, and a member of CorMatrix's board of directors, and is a resident of the State of Florida.

6. Robert LaDuca was elected to CorMatrix's board of directors and made an officer of CorMatrix, holding the title of Vice President of Operations.

7. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by CorMatrix on March 14, 2007 against Robert LaDuca and Duke Vascular, Inc., in the matter entitled, <u>CorMatrix Cardiovascular, Inc. v. LaDuca and Duke Vascular, Inc.</u>, (case no. 2007 CV130971) in the Superior Court of Fulton County, State of Georgia.

8. Attached hereto as **Exhibit B** is a true and correct copy of the Complaint filed by Duke Empirical, Inc., Duke Fiduciary, Inc., and Robert Glines against CorMatrix, Robert G. Matheny, David B. Camp, and Beecher Lewis on April 19, 2007, in the matter entitled, <u>Duke Empirical, Inc., Duke Fiduciary, Inc., Glines v. CorMatrix Cardiovascular, Inc., Matheny, Camp, and Lewis</u>, (case no. 107 CV084231) in the Superior Court of the State of California, County of Santa Clara.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 12, 2007, at ALPHARETTA, Georgia.

/s/ David B. Camp
DAVID B. CAMP

Case No. Case No. C072950 RMW

DECLARATION OF DAVID B. CAMP IN SUPPORT OF MOTION TO DISMISS

- 2 -

7469\002\NBIGLEY\1440504.1