SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA  94111
Telephone:  (415) 421-6500
Facsimile:  (415) 421-2922
Email:  rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>　　　　　Defendants. | Case No.  C072950 RMW<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR IMPROPER VENUE**<br><br>**Date:         August 3, 2007**<br>**Time:         9:00 a.m.**<br>**Courtroom:   6**<br>**Judge:        Hon. Ronald M. Whyte** |

The motion of defendants CorMatrix Cardiovascular, Inc. ("CorMatrix"), Robert G. Matheny, David B. Camp and Beecher Lewis to dismiss pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure for improper venue came on regularly for hearing on August 3, 2007 in Courtroom 6 of the above-entitled Court.  Having fully considered the arguments submitted in support of and in opposition to the motion, the Court finds that this is the improper venue to hear this action as to all moving defendants.  A valid and binding Subscription Agreement, signed by Plaintiff contains a forum selection clause which provides that any action arising out of or relating to the Subscription Agreement and any action against CorMatrix must be brought in Georgia State Court or Delaware Federal Court.

- 1 -

IT IS THEREFORE HEREBY ORDERED THAT DEFENDANTS' MOTION IS GRANTED AND THAT:

1. The Complaint is dismissed as to all moving defendants for improper venue.

DATED: _____

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT COURT JUDGE

7469\002\NBIGLEY\1440621.1

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111

- 2 -
Case No. Case No. C072950 RMW    [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT FOR IMPROPER VENUE