SHARTSIS FRIESE LLP
ROBERT E. SCHABERG (Bar #81430)
SIMONE M. KATZ (Bar #246490)
One Maritime Plaza, Eighteenth Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: rschaberg@sflaw.com; skatz@sflaw.com

Attorneys for Defendants
CorMatrix Cardiovascular, Inc., Robert G. Matheny,
David B. Camp, and Beecher Lewis

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DUKE ADVANTAGE, LLC, a company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORMATRIX CARDIOVASCULAR, INC., a corporation, ROBERT G. MATHENY, an individual, DAVID B. CAMP, an individual, and BEECHER LEWIS, an individual,<br><br>　　　　　Defendants. | Case No. C072950 RMW<br>Santa Clara Superior<br>Court Case No. 107 CV085326<br><br>**DEMAND FOR JURY TRIAL** |

Pursuant to Fed. R. Civ. P. 38(b) and Local Rule 3-6, Defendants CorMatrix Cardiovascular, Inc., Robert G. Matheny, David B. Camp and Beecher Lewis hereby demand a trial of this dispute by jury.

DATED:   June 19, 2007                    SHARTSIS FRIESE LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Simone M. Katz*
　　　　　　　　　　　　　　　　　　　　　　　　SIMONE M. KATZ

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　CORMATRIX CARDIOVASCULAR, INC.,
　　　　　　　　　　　　　　　　　　　　ROBERT G. MATHENY, DAVID B. CAMP,
　　　　　　　　　　　　　　　　　　　　AND BEECHER LEWIS

7469\002\NBIGLEY\1442297.1

- 1 -
Case No. Case No. C072950 RMW　　　DEMAND FOR JURY TRIAL