1  I. NEEL CHATTERJEE (State Bar No. 173985)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  1000 Marsh Road
   Menlo Park, CA 94025
3  Telephone:    650-614-7400
   Facsimile:    650-614-7401
4
   JAMES N. KRAMER (State Bar No. 154709)
5  CHRISTIAN N. BROWN (State Bar No. 233147)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
6  The Orrick Building
   405 Howard Street
7  San Francisco, CA 94105
   Telephone:    415-773-5700
8  Facsimile:    415-773-5759

9  Attorneys for Plaintiff
   DUKE ADVANTAGE, LLC
10
                 UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN JOSE DIVISION
13

14
   DUKE ADVANTAGE, LLC, a company,          CASE NO.   C-07-2950 RMW
15
                    Plaintiff,
16                                          DECLARATION OF ROBERT
          v.                                LADUCA IN SUPPORT OF
17                                          PLAINTIFF DUKE ADVANTAGE'S
   CORMATRIX CARDIOVASCULAR, INC.,          OPPOSITION TO MOTION TO
18 a corporation, ROBERT G. MATHENY, an     DISMISS FOR IMPROPER VENUE
   individual, DAVID B. CAMP, an individual,
19 and BEECHER LEWIS, an individual,        Date:       August 3, 2007
                                            Time:       9:00
20                  Defendants.             Courtroom:  6
                                            Judge:      Hon. Ronald M. Whyte
21

22        I, ROBERT LADUCA, declare:

23        1.     I am a member of Duke Advantage, LLC, the plaintiff in this action, and

24 am a resident of the State of California.  I have personal knowledge of the facts stated herein, and

25 if called as a witness, I could and would testify competently thereto, under oath.

26        2.     I make this declaration in support of Plaintiff Duke Advantage's

27 Opposition to Defendants' Motion to Dismiss for Improper Venue.

28        3.     Plaintiff Duke Advantage, LLC is a limited liability company of which I

1    am a member. I am, and was at all times relevant to this lawsuit, a resident of Santa Cruz,

2    California. Duke Advantage's principal place of business is located at 2829 Mission Street, in

3    Santa Cruz, California. I am a medical device inventor, and hold eight issued patents and a

4    number of patent applications related to medical stents, stent grafts, and other medical devices.

5         4.    In June of 2003, I met with Robert G. Matheny ("Matheny"), the founder

6    and Chief Scientific Officer of Defendant CorMatrix, in San Francisco. Matheny and I discussed

7    the technology CorMatrix was developing, and I offered suggestions for possible uses of

8    CorMatrix's technology, including its potential for use as a covering on a medical stent grafts and

9    other medical devices. In February of 2004, CorMatrix was in need of additional investment to

10   cover the expense of a license payment. Defendants contacted me in Santa Cruz, California via

11   telephone to inquire whether I was interested in purchasing shares of CorMatrix stock. After

12   expressing interest, I negotiated the terms of an investment with Matheny and other CorMatrix

13   executives via telephone, email and facsimile from my office and residence in Santa Cruz,

14   California.

15        5.    Ultimately, the Defendants and I agreed that in exchange for a $350,000

16   investment in CorMatrix, CorMatrix would cause 25,161 shares of its common stock to be issued

17   to Duke Advantage, and Duke Advantage would be provided with representation on CorMatrix's

18   Board of Directors and an active role in overseeing the company's strategy and operations.

19   Defendants represented that I would be given a seat on the company's board as Duke

20   Advantage's representative, but I was never invited to attend any board meetings. When it

21   became clear that the Defendants never intended to live up to their promises, and subsequently

22   took a litigious stance towards myself and another company that I hold an ownership interest in,

23   Duke Advantage filed the present Complaint.

24        6.    In connection with Duke Advantage's investment, on February 9, 2004 the

25   Defendants faxed me a stock purchase agreement (entitled "Subscription Agreement") governing

26   the terms of Duke Advantage's purchase of CorMatrix stock. The Subscription Agreement was

27   not the result of any negotiations between myself and the Defendants – it was simply sent to me

28   for my signature. When I received the Subscription Agreement, it had not been filled out to

- 2 -    DECLARATION OF ROBERT LADUCA IN SUPPORT OF DUKE
ADVANTAGE'S OPPOSITION TO MOTION TO DISMISS
(CASE NO. C-07-2950 RMW)

1   include the specifics of Duke Advantage's investment.  Attached hereto as **Exhibit A** is a true and

2   correct copy of a facsimile I received from CorMatrix's Chief Financial Officer, John Thomas

3   ("Thomas'), attaching a copy of the Subscription Agreement for execution by Duke Advantage,

4   as well as inadvertently attaching a copy of the stock purchase agreement between Purdue

5   Research Foundation and CorMatrix.  In the third paragraph of the cover sheet of the facsimile,

6   Thomas states, "[a]lso attached is the stockholder's agreement related to Purdue which you by

7   becoming a shareholder of CorMatrix become a party to as well."

8        7.    Thomas faxed the Stockholder's Agreement to Duke Advantage's counsel,

9   Linsey White, on February 10, 2004.  There are inconsistent choice of law and choice of forum

10  provisions in the Subscription Agreement and the Stockholder's Agreement.  Attached hereto as

11  **Exhibit B** is a true and correct copy of the Stockholder's Agreement faxed to Duke Advantage's

12  counsel on February 10, 2004, and signed by myself on behalf of Duke Advantage.

13       8.    I am aware that the Defendants have extensive ties to California.

14  CorMatrix carries out its operations and has an office in Sunnyvale, California.  The California

15  address for this facility is the only one listed on CorMatrix's website (http://www. cormatrix.com)

16  as of the date of this declaration.  Before moving to the Sunnyvale facility, CorMatrix ran its

17  operations out of facilities in Santa Cruz, California.  The individual defendants traveled

18  approximately six times each year to California to solicit additional investors, attend conferences,

19  observe its CorMatrix's operations, meet with medical professionals, and promote CorMatrix's

20  products.

21       9.    The Defendants' only connections to Georgia are that CorMatrix is

22  incorporated in that state, and two of the three CorMatrix executives named in this lawsuit  have

23  their personal residences in Georgia.  In fact, the corporate address of CorMatrix is the home

24  address for CorMatrix's CEO, David Camp.  I am not aware that CorMatrix has any non-

25  executive employees working for it in Georgia.

26       10.   Duke Advantage has no connections with Georgia other than through its

27  investment in CorMatrix, which was solicited by the Defendants in California.  I have only been

28  to Georgia twice in connection with Duke Advantage business, once to attend a shareholders

DECLARATION OF ROBERT LADUCA IN SUPPORT OF DUKE
ADVANTAGE'S OPPOSITION TO MOTION TO DISMISS
(CASE NO. C-07-2950 RMW)

1  meeting in late 2006, and again after this litigation commenced to attend another shareholder's

2  meeting in June of this year.  Duke Advantage does not carry out any activities in Georgia, and I

3  have no plans to travel to Georgia in the future in connection with any Duke Advantage business.

4        I declare under penalty of perjury under the laws of the United States that the

5  foregoing is true and correct.  Executed on July 13, 2007, at Santa Cruz, California.

ROBERT LADUCA

OHS West:260266861.2