1  Securities Act of 1973, specifically O.C.G.A. sections 10-5-12 and 10-5-14.

2      3. Georgia law provides similar protections, as provided under California law, for fraud in securities transactions. Under O.C.G.A. section 10-5-12, a purchaser of securities can sue for unlawful practices, including misrepresentation and fraud, and can recover monetary damages for violations of O.C.G.A. section 10-5-12.

6  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Atlanta, Georgia, on July 19, 2007.

*[signature]*
ANGELA FRAZIER

7469\002\NBIGLEY\1447555.1

---

Case No. Case No. C072950 RMW

- 2 -

DECLARATION OF ANGELA FRAZIER IN SUPPORT OF MOTION TO DISMISS

SHARTSIS FRIESE LLP
ONE MARITIME PLAZA
EIGHTEENTH FLOOR
SAN FRANCISCO, CA 94111