UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: August 3, 2007

Case No. C-07-02950-RMW      JUDGE: Ronald M. Whyte

DUKE ADVANTAGE, LLC      -v- CORMATRIX CARDIOVASCULAR, INC.
Title

Appeared                                               Appeared
Attorneys Present                                      Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

DEFENDANT'S MOTION TO DISMISS

ORDER AFTER HEARING

Hearing Held.  The Court heard oral argument from both sides.  The Court finds venue to be improper.  Forum selection clause should be enforced.  The Court took this matter under submission.  The Court to send out a final order to the parties.  The matter is deemed submitted.